

**NUMBERS**
**13-14-00279-CV**
**13-14-00281-CV**
**13-14-00282-CV**

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE SOUTHERN VANGUARD INSURANCE COMPANY

## On Petition for Writ of Mandamus.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria**
**Per Curiam Memorandum Opinion[1]**

Relator, Southern Vanguard Insurance Company, filed petitions for writs of mandamus in the above causes on May 15, 2014. These original proceedings arise from cases that have been consolidated for pretrial proceedings pursuant to Texas Rule of Judicial Administration 13, and concern claims made against relator under homeowner's and commercial insurance policies following two hailstorms that struck Hidalgo County in

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

2012.  This Court consolidated these original proceedings and requested that the real parties in interest file responses to the petitions.   The relator has now filed unopposed motions to dismiss these original proceedings on grounds that the trial court has vacated the orders subject to review in these cases.

The Court, having examined and fully considered the petitions for writ of mandamus and the motions to dismiss, is of the opinion that these original proceedings have been rendered moot.   *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings . . ."); *State Bar of Tex. v. Gomez*, 891 S.W.2d 243, 245 (Tex. 1994) (stating that there must be a real controversy between the parties that will be actually resolved by the judicial relief sought for a controversy to be justiciable). Accordingly, the Court GRANTS the unopposed motions to dismiss in these causes and DISMISSES these petitions for writs of mandamus as moot.   *See* TEX. R. APP. P. 52.8(a). These dismissals are without prejudice to refiling if necessary.   Pending motions, if any, are likewise DISMISSED as moot..

PER CURIAM

Delivered and filed the
25th day of August, 2014.